UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICARDO CARRILLO | § § § § § § § § § § § | |
| Plaintiff | | |
| | | CIVIL ACTION NO. |
| VERSUS | | |
| MAISON INSURANCE COMPANY, | | |
| Defendant | | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Rules of Federal Procedure, defendant, MAISON INSURANCE COMPANY, files this Certificate of Interested Parties and respectfully submits that the following persons and entities may have a financial interest in the outcome of this litigation:

1. Ricardo Carrillo- Plaintiff/Insured

2. David M. Anderson
   CARRIGAN & ANDERSON, PLLC
   101 N. Shoreline Blvd., Suite 420
   Corpus Christi, Texas 78401
   *Counsel for Plaintiff, Ricardo Carrillo*

3. Stephen P. Carrigan
   CARRIGAN & ANDERSON, PLLC
   101 Shoreline Blvd., Suite 420
   Corpus Christi, Texas 78401
   *Counsel for Plaintiff, Ricardo Carrillo*

4. Maison Insurance Company- Defendant

1

MAISON INSURANCE COMPANY is a wholly and direct owned subsidiary of <u>1347 Property Insurance Holdings</u>, which is a publicly held company.

5. Stephen R. Barry
   Barry & Company, LLC
   612 Gravier Street
   New Orleans, Louisiana 70130
   *Counsel for Defendant, Maison Insurance Company*

If new parties are added, or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, Defendant will file an amended certificate with the clerk.

Respectfully submitted,

**BARRY & COMPANY, LLC**

/s/ *Stephen R. Barry*
STEPHEN R. BARRY
*A Professional Law Corporation*
(TX Bar Roll No. 24082195)
Southern District of Texas Federal ID No. 3205201
612 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 525-5553
Facsimile: (504) 525-1909
Email: sbarry@barrylawco.com
***Attorneys for MAISON INSURANCE COMPANY***

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has this date been serviced on all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| (  ) | Hand Delivery | (  ) | Prepaid U.S. Mail |
| (  ) | Facsimile | (  ) | Federal Express |
| ( x ) | Electronic Mail | (  ) | PACER or other Court notification |

New Orleans, Louisiana this 26th day of August, 2019.

*/s/ Stephen R. Barry*_____
**STEPHEN R. BARRY**